# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO ANGUIANO, | Case No. CV 13-1492 JAK (MRW) |
|         Petitioner, | |
|    vs. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| CONNIE GIPSON, Warden, | |
|         Respondent. | |

     Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

     IT IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATE: July 17, 2013

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE