# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO ANGUIANO, | Case No. CV 13-1492 JAK (MRW) |
| Petitioner, | |
| vs. | JUDGMENT |
| CONNIE GIPSON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATE: July 17, 2013

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE